UNITED STATES of America,
Plaintiff-Appellee,

v.

Homero OLIVAREZ,
Defendant-Appellant.

No. 75–2377
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 27, 1976.

Charles L. Barrera, Alice, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, GODBOLD and GEE, Circuit Judges.

PER CURIAM:

This post-*Almeida-Sanchez*[1] case involving the Hebbronville Chekar device

---

* Of the U. S. Court of Customs and Patent Appeals, sitting by designation.

* Rule 18, 5 Cir., *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

1. *Almeida-Sanchez v. United States,* 1973, 413 U.S. 266, 93 S.Ct. 2535, 37 L.Ed.2d 596.

is reversed pursuant to the United States Supreme Court decisions in *United States v. Ortiz,* 1975, 422 U.S. 891, 95 S.Ct. 2585, 45 L.Ed.2d 623; and *United States v. Brignoni-Ponce,* 1975, 422 U.S. 873, 95 S.Ct. 2574, 45 L.Ed.2d 607.

We have summarily reversed a series of cases involving use of Chekar devices, including *U. S. v. Thompson,* 390 F.Supp. 337 (S.D.Tex., 1974), *rev'd sub nom., U. S. v. Johnston,* Aug. 5, 1975 (unpublished opinion), in which the District Court, fully analyzing the Chekar operation on Highway 1017 near Hebbronville, Texas, had considered it was a permanent checkpoint.

Reversed.